THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST SHEET METAL WORKERS ORGANIZATIONAL TRUST, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PACIFIC MECHANICAL SYSTEMS, INC., <br><br> Defendant. | CASE NO. C18-0578-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. A status conference was set for this matter on July 31, 2018 at 9:00 a.m. Neither party appeared at the status conference. Plaintiffs are ORDERED to show cause why the case should not be dismissed for lack of prosecution. Plaintiffs shall respond to this order no later than Friday August 3, 2018.

DATED this 31st day of July 2018.

William M. McCool<br>Clerk of Court<br><br>s/Tomas Hernandez<br>Deputy Clerk

MINUTE ORDER
C18-0578-JCC
PAGE - 1